**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**TERRY L. ADAMS,**

    Petitioner,

v.                                 **CIVIL ACTION NO.: 3:24-CV-21
(GROH)**

**R. BROWN,**

    Respondent.

## DISMISSAL ORDER

On February 20, 2024, the pro se Petitioner initiated the above-styled habeas corpus action pursuant to 28 U.S.C. § 2241. ECF No. 1. However, the Plaintiff did not submit his petition on the Court-approved form. <u>Id.</u> Upon docketing the Petitioner's case, the Clerk of Court issued a Notice of Deficient Pleading and Intent to Dismiss, which instructed the Petitioner that his case would be dismissed within thirty days because he failed to file his claim on the Court-approved form. ECF No. 2. The Clerk attached a copy of the Court-approved habeas corpus petition form to the Notice. ECF No. 2-1. Following the issuance of the Notice, the Petitioner refiled his action on the Court-approved form in a new case, docketed as case number 5:24-CV-51.

Accordingly, it is hereby **ORDERED** that this civil action, 3:24-CV-21, be **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court. The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: March 19, 2024

*/s/ Gina M. Groh*
GINA M. GROH
UNITED STATES DISTRICT JUDGE